AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 2:22-mj-1067-DNF |
| Italo Pinho de Souza | ) |
| | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 24, 2018 and May 3, 2022__ in the counties of __Orange and Lee__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1543 | Use of a False Passport |
| 18 U.S.C. § 1028(a)(4) | Possession of a False Identification Document |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

JAMES P MORRISSEY
Digitally signed by JAMES P MORRISSEY
Date: 2022.05.03 12:43:33 -04'00'

*Complainant's signature*

Special Agent James Morrissey, HSI
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 05/03/2022

*Judge's signature*

City and state: Fort Myers, FL

DOUGLAS N. FRAZIER, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, James Morrissey, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I am a Special Agent with the United States Department of Homeland Security (DHS), Immigrations and Customs Enforcement (ICE), Homeland Security Investigations (HSI), currently assigned to the Resident Agent in Charge (RAC) Fort Myers, Florida office. I have been employed as an HSI Special Agent since December 2006, and before that I was employed in various agencies within the government. Collectively, I have been a federal law enforcement agent for over 22 years. During that time, I have received training and conducted investigations related to immigration and document fraud, including crimes related to passport forgery, visa fraud, and entry into the United States under false pretenses, in violation of various provisions of Title 18 and Title 8 of the United States Code.

2. As a Special Agent with HSI, I am a law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7). That is, I am an officer of the United States who is empowered by law to conduct investigations of, and make arrests for, violations of federal law.

3.     This affidavit is submitted in support of a criminal complaint charging Italo PINHO DE SOUZA with Use of a False Passport, in violation of 18 U.S.C. § 1543 and Possession of a False Identification Document, in violation of 18 U.S.C. § 1028(a)(4).

## BACKGROUND ON VISA WAIVER PROGRAM

4.     The Visa Waiver Program (VWP), administered by the Department of Homeland Security (DHS) in consultation with the State Department, enables citizens or nationals of VWP-designated countries[1] to travel to the United States for business or tourism for stays of up to 90 days without obtaining a visa, if they otherwise meet the VWP's eligibility requirements.

5.     In order to enter the United States without a visa on the VWP, otherwise eligible travelers must obtain approval through the Electronic System for Travel Authorization (ESTA) prior to boarding a United States-bound air or sea carrier. ESTA is an automated system administered by United States Customs and Border Protection (CBP) that determines eligibility of visitors to travel to the United States under the VWP through an online application that collects biographic information and answers to VWP eligibility questions

---

[1] There are currently 40 VWP-designated countries. In return for such status, those 40 countries must permit United States citizens and nationals to travel to their countries for a similar length of time without a visa for business or tourism purposes. At all times material to the facts discussed in this affidavit, Portugal was a VWP-designated country, but Brazil was not.

regarding each prospective traveler. While ESTA approval authorizes a traveler to board a carrier for travel to the United States, a determination of the traveler's ultimate admissibility into the United States pursuant to the VWP is determined by a CBP officer upon the traveler's arrival to the United States and presentment of a valid passport from a VWP-designated country.

## STATUTORY BACKGROUND

6. Under 18 U.S.C. § 1543, "[w]hoever willfully and knowingly uses, or attempts to use . . . any such false, forged, counterfeited, mutilated, or altered passport or instrument purporting to be a passport . . . [s]hall be fined under this title, imprisoned . . . or both."

7. Under 18 U.S.C. § 1028(a)(4), "[w]hoever . . . knowingly possesses . . . a false identification document, with the intent such document . . . be used to defraud the United States . . . shall be punished as provided in [18 U.S.C. § 1028(b)]."

## PROBABLE CAUSE

8. On or about April 27, 2018, an online ESTA application was submitted to CBP on behalf of the defendant, Italo PINHO DE SOUZA. The application included PINHO DE SOUZA's biographical information and provided that PINHO DE SOUZA was a dual citizen of Brazil and Portugal who held both a Brazilian and a Portuguese passport. The application also

included PINHO DE SOUZA's purported Portuguese passport number (L538069) and issuance date (4/09/2015). As a purported Portuguese citizen and passport holder who was otherwise eligible for entry to the United States under the VWP, PINHO DE SOUZA's ESTA application was approved.

9. On or about May 24, 2018, PINHO DE SOUZA traveled by plane from Brazil to the Middle District of Florida, arriving at the Orlando International Airport (MCO) in Orlando, Florida. At MCO, PINHO DE SOUZA presented his purported Portuguese passport bearing his full name, photograph, and assigned Portuguese passport number (L538069) to a CBP officer, and he was admitted into the United States without a visa for 90 days under the VWP, which required his departure by June 27, 2018.

10. It was later determined that the Portuguese passport that PINHO DE SOUZA presented to a CBP officer in Orlando (which originally authorized his entry into the United States under the VWP), was fraudulent, as Portuguese authorities from the *Serviço de Estrangeiros e Fronteiras* (Portuguese Immigration and Border Service) have confirmed that the passport number (L538069) on that document was *never* assigned to PINHO DE SOUZA. Instead, it belongs to a different person whose passport number appears to have been fraudulently transposed on a forged passport bearing PINHO DE SOUZA's biographical

4

information and photograph, which he unlawfully used to gain entry into the United States.

11. On or about August 2, 2021, HSI agents received information from the Portuguese authorities from the Serviço de Estrangeiros e Fronteiras (Portuguese Immigration and Border Service) who provided information that PINHO DE SOUZA is not a citizen of Portugal.

12. On April 27, 2022, the Honorable Nicholas P. Mizell, United States Magistrate Judge, United States District Court for the Middle District of Florida, issued a Search Warrant for the residence of PINHO DE SOUZA located at 3125 24th Street SW, Lehigh Acres, Florida.

13. On May 3, 2022, HSI agents executed the search warrant at 3125 24th Street SW, Lehigh Acres, Florida. During the search of the residence, agents located the fraudulent Portuguese passport, bearing passport number (L538069), in the night-stand of the bedroom occupied by PINHO DE SOUZA, which he presented to a CBP officer in Orlando upon entry to the United States on May 24, 2018. The fraudulent passport contained stamping consistent with approved entry into the United States at Orlando, Florida, on May 24, 2018.

## CONCLUSION

14. Based on the above information, I have concluded that there is probable cause to believe that Italo PINHO DE SOUZA has violated 18 U.S.C. § 1543 and 18 U.S.C. § 1028(a)(4).

Respectfully submitted,

**JAMES P MORRISSEY**
Digitally signed by JAMES P MORRISSEY
Date: 2022.05.03 12:42:31 -04'00'

James Morrissey
Special Agent
Homeland Security Investigations

Subscribed and sworn before me electronically this ___ day of May, 2022.

DOUGLAS N. FRAZIER
United States Magistrate Judge